IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Constance Worley and
Leonard Worley, H/W,
                Appellants

v.

County of Delaware and Michael Gura

:
:
:   No. 2111 C.D. 2016
:
:
:
:

**PER CURIAM**

# **O R D E R**

AND NOW, this 1st day of February, 2018, it is ordered that the above-captioned opinion filed on November 28, 2017, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.